UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PLUMBERS' PENSION FUND, LOCAL 130, U.A. and PLUMBERS' WELFARE FUND, LOCAL 130, U.A., | ) ) ) | No. 09 C 7663 |
| Plaintiffs, | ) ) ) | Judge Ruben Castillo |
| v. | ) ) | Magistrate Judge Sidney I. Schenkier |
| EVANSTON PLUMBING COMPANY and EVANSTON PLUMBING SERVICES, INC., | ) ) ) | |
| Defendants. | ) ) | |
| and | ) ) | |
| ROMAN PANAS, | ) | |
| Citation Respondent. | ) | |

### MOTION FOR ENTRY OF JUDGMENT AGAINST ROMAN PANAS

NOW COME Plaintiffs, PLUMBERS PENSION FUND, LOCAL 130, U.A., et al., by their

attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and BRIAN T. BEDINGHAUS, with

LEWIS, OVERBECK & FURMAN, LLP, of counsel, and move this Court pursuant to Fed. R. Civ. P.

69(a), Illinois Supreme Court Rule 277(h), and 735 ILCS 5/2-1402(f)(1) to enter Judgment against

ROMAN PANAS ("Panas"), president of Defendant, EVANSTON PLUMBING SERVICES, INC., in

the amount of $33,389.99. In support hereof, Plaintiffs state:

1.     Judgment was entered in this cause on May 4, 2010, in favor of Plaintiffs and against

Defendants, jointly and severally, in the amount of $44,464.72.

2.     Plaintiffs served both Defendants with a Citation to Discover Assets ("Citation") on June

14, 2010. True and correct copies of the Citation and completed Affidavit of Service are attached hereto

as Exhibit A.

3.     Citation required production of certain documents on or before July 2, 2010, and appearance by Panas at Plaintiffs' attorneys' office for examination on July 9, 2010.  See Exhibit A.

4.     Panas did not appear for the Citation exam and would not commit to re-scheduling until Plaintiffs filed a Motion for Rule to Show Cause on November 10, 2010.  Plaintiffs' Motion for Rule to Show Cause is Document #33 on the electronic docket.

5.     Panas' Citation exam was eventually conducted on December 8, 2010.

6.     The First Eagle Bank checking account statements for EVANSTON PLUMBING SERVICES, INC. reveal that $33,389.99 was transferred after the date the Citation was served on June 14, 2010, through the date First Eagle Bank was served with a Citation on August 24, 2010.[1]  True and correct copies of the First Eagle Bank checking account statements for the account of EVANSTON PLUMBING SERVICES, INC., for the period from June 1, 2010, through August 31, 2010, are attached hereto as Exhibit B.

7.     Panas acknowledged at his Citation exam that he continued to pay bills after the date the Citation was served and until the account was closed.  See Citation Exam Transcript, pp. 64-67, Exhibit C (cited pages only).

8.     Illinois Supreme Court Rule 277(h) provides that "[a]ny person who fails to obey a citation . . . may be punished for contempt."

9.     735 ILCS 5/2-1402(f)(1) provides in relevant part:

> The citation may prohibit the party to whom it is directed from making or allowing any transfer or other disposition or, or interfering with, any property not exempt from the enforcement of a judgment therefrom . . . belonging to the judgment debtor or to which he or she may be entitled to which may thereafter be acquired by or become due to him or her . . . The court may punish any party who violates the

---

[1] Plaintiffs have already obtained a turnover order for the account balance as of August 24, 2010.

restraining provision of a citation as and for a contempt, or if the party is a third party may enter judgment against him or her in the amount of the unpaid portion of the judgment and costs allowable under this Section, or in the amount of the value of the property transferred, whichever is lesser.

735 ILCS 5/2-1402(f)(1).

10. The president of a corporation who transfers or permits the transfer of corporate assets in violation of the prohibitions of a citation to discover assets is personally liable for the transfers. *Divane v. Sundstrand Electric Co., Inc.*, No. 03 C 5728, 2004 WL 1323287 at *2 (N.D.Ill. June 14, 2004) (citing *City of Chicago v. Air Auto Leasing Co.*, 297 Ill. App. 3d 873 (1988)); see also *Laborers' Pension Fund v. Dominic Jr., Inc.*, No. 02 C 3321, 2003 WL 21310282 * 2-4 (N.D.Ill. June 5, 2003).

11. Panas violated the restraining provisions of the Citation by transferring and permitting the transfer of $33,389.99 from the First Eagle Bank checking account of EVANSTON PLUMBING SERVICES, INC., after the date it was served with the Citation.

12. After all payments have been applied, a total amount of $38,074.36 remains due to Plaintiffs, which amount includes $38,048.71 in judgment principal and $25.65 in judgment interest.

13. Plaintiffs request judgment be entered against Panas in the amount $33,389.99, which is the amount of the transfers made after service of the Citation.

WHEREFORE, Plaintiffs, PLUMBERS' PENSION FUND, LOCAL 130, U.A., et al., request the Court to enter judgment in favor of Plaintiffs and against ROMAN PANAS in the amount of $33,389.99, and to award additional relief in favor of Plaintiffs and against ROMAN PANAS and Defendants as the Court deems appropriate.

PLUMBERS' PENSION FUND, LOCAL 130,
U.A., et al., by their attorneys, DOUGLAS A.
LINDSAY, JOHN W. LOSEMAN, and BRIAN T.
BEDINGHAUS


By: /s/ Brian T. Bedinghaus
       Brian T. Bedinghaus
       20 N. Clark Street
       Suite 3200
       Chicago, IL 60602
       (312) 580-1269


OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602
(312) 580-1200
65100/1291BTB150182

## CERTIFICATE OF SERVICE

I served copies of the foregoing MOTION FOR ENTRY OF JUDGMENT AGAINST ROMAN PANAS upon:

Evanston Plumbing Company
Evanston Plumbing Services, Inc.
c/o Roman Panas                      Roman Panas
611 West End Rd.                     611 West End Rd.
Roselle, IL 60172                    Roselle, IL 60172

by placing true and correct copies thereof in sealed envelopes addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Suite 3200, Chicago, Illinois on January 18, 2011, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 18, 2011

ROBERT C. PARIZEK

LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602
312.580.1200